■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY LIMEHOUSE, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Kings County (Kooper, J.), imposed August 17, 1983.

Sentence affirmed. *(See, People v Kazepis,* 101 AD2d 816.) Mangano, J. P., Rubin, Lawrence and Eiber, JJ., concur.